```
 1  Mike McKool, Jr. (pro hac vice application filed)
    Douglas Cawley (pro hac vice application filed)
 2  McKOOL SMITH P.C.
    300 Crescent Court
 3  Suite 1500
    Dallas, Texas 75201
 4  Telephone: (214) 978-4000
    Facsimile: (214) 978-4044
 5  Email: mmckool@mckoolsmith.com
           dcawley@mckoolsmith.com
 6
    Scott L. Cole (pro hac vice application filed)
 7  Pierre J. Hubert (pro hac vice application filed)
    Craig N. Tolliver (pro hac vice application filed)
 8  McKOOL SMITH P.C.
    300 W. 6th Street
 9  Suite 1700
    Austin, Texas 78701
10  Telephone: (512) 692-8700
    Facsimile: (512) 692-8744
11  Email: scole@mckoolsmith.com;
           phubert@mckoolsmith.com;
12         ctolliver@mckoolsmith.com

13  Julie S. Turner (State Bar No. 191146)
    THE TURNER LAW FIRM
14  344 Tennessee Lane
    Palo Alto, California 94306
15  Telephone: (650) 494-1530
    Facsimile:  (650) 472-8028
16  Email: jturner@julieturnerlaw.com

17  Attorneys for Plaintiff
    RAMBUS INC.
18
```

**FILED**

2008 JUL 10 P 3:26

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

E-FILING

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., | Case No. C08 03343 JCS |
| Plaintiff, | |
| v. | RAMBUS INC.'S NOTICE OF INTERESTED PARTIES |
| NVIDIA CORPORATION, | |
| Defendant. | |

ORIGINAL

Rambus Inc.'s Notice of Interested Parties

FAXED

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2   named parties, there is no such interest to report.
3
4                                               Respectfully submitted,
5   DATED: July 10, 2008                        MCKOOL SMITH P.C.
6                                               THE TURNER LAW FIRM
7
8                                               By: _____
9                                                   Julie S. Turner

10                                              Attorneys for Plaintiff
                                                RAMBUS INC.

McKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201

-2-

Rambus Inc.'s Notice of
Interested Parties