*Feefaid*

1  | Pierre J. Hubert
2  | McKOOL SMITH P.C.
   | 300 W. 6th Street
3  | Suite 1700
   | Austin, Texas 78701
4  | Telephone: (512) 692-8700
   | Facsimile: (512) 692-8744
5  |
   | Attorneys for Plaintiff

**FILED**

2008 JUL 11 A 10: 56

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

RAMBUS INC.,

     Plaintiff,

     v.

NVIDIA CORPORATION,

     Defendant.

CASE NO. 08 - 3343 JCS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Pierre J. Hubert, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Rambus Inc., in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated

APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE

Austin 44620v1

as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Julie S. Turner
THE TURNER LAW FIRM
344 Tennessee Lane
Palo Alto, California 94306
Telephone: (650) 494-1530
Facsimile: (650) 472-8028
Email: jturner@julieturnerlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 8, 2008                 By_____
                                          Pierre J. Hubert

-2-

APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE

Austin 44620v1



Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003503
Cashier ID: harwellt
Transaction Date: 07/11/2008
Payer Name: San Francisco

PRO HAC VICE
For: Pierre J. Hubert
  D-CAN-3
  $210.00

CHECK
  Check/Money Order Num: 39864
  Amt Tendered: $210.00

Total Due:        $210.00
Total Tendered:
Change Amt:

Case # 08-cv-03343-SI

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.