UNITED STATES DISTRICT COURT

Northern District of California

Rambus Inc.

                            Plaintiff(s),

v.

NVIDIA Corporation

                            Defendant(s).

CASE NO. 08:CV03343 JCS

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Craig N. Tolliver ☐ , an active member in good standing of the bar of Texas ☐ whose business address and telephone number (particular court to which applicant is admitted) is

McKool Smith, 300 West 6th Street, Suite 1700, Austin, Texas 78701, (512) 692-8700

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Rambus Inc. ☐ .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States Magistrate Judge

UNITED STATES DISTRICT COURT

Northern District of California

Rambus Inc.

CASE NO. 08:CV03343 JCS

Plaintiff(s),

v.

NVIDIA Corporation

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pierre J. Hubert ☐ , an active member in good standing of the bar of Texas ☐ whose business address and telephone number (particular court to which applicant is admitted) is

McKool Smith, 300 West 6th Street, Suite 1700, Austin, Texas 78701, (512) 692-8700

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Rambus Inc. ☐ .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States Magistrate Judge

UNITED STATES DISTRICT COURT

Northern District of California

Rambus Inc.

CASE NO. 08:CV03343 JCS

Plaintiff(s),

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

v.

NVIDIA Corporation

Defendant(s).
_____/

Mike McKool, Jr.    ☐ , an active member in good standing of the bar of

Texas    ☐ whose business address and telephone number

(particular court to which applicant is admitted)

is

McKool Smith, 300 Crescent Court, Suite 1500, Dallas, Texas 75201, (214) 978-4000

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Rambus Inc.    ☐ .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States Magistrate Judge

UNITED STATES DISTRICT COURT

Northern District of California

Rambus Inc.

                      Plaintiff(s),

v.

NVIDIA Corporation

                      Defendant(s).
_____/

CASE NO. 08:CV03343 JCS

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Scott L. Cole, an active member in good standing of the bar of Texas whose business address and telephone number (particular court to which applicant is admitted) is

McKool Smith, 300 W. 6th Street, Suite 1700, Austin, Texas 78701, (512) 692-8700

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Rambus Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States Magistrate Judge

UNITED STATES DISTRICT COURT

Northern District of California

Rambus Inc.

                                            Plaintiff(s),

v.

NVIDIA Corporation

                                            Defendant(s).

CASE NO. 08:CV03343 JCS

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Douglas A. Cawley ☐ , an active member in good standing of the bar of Texas ☐ whose business address and telephone number (particular court to which applicant is admitted) is

McKool Smith, 300 Crescent Court, Suite 1500, Dallas, Texas 75201, (214) 978-4000

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Rambus Inc. ☐ .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States Magistrate Judge