1  Mike McKool
2  McKool Smith, P.C.
   300 Crescent Court
3  Suite 1500
   Dallas, Texas 75201
4  214-978-4000
   Attorneys for Plaintiff



FILED
08 JUL 22 PM 3:56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RAMBUS INC.,

    Plaintiff,

v.

NVIDIA CORPORATION,

    Defendant.

CASE NO. 3:08 cv 3343 JCS

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Pursuant to Civil L.R. 11-3, Mike McKool, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Rambus Inc., in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated

FAX

APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE

Dallas 258698v1

as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Julie S. Turner
THE TURNER LAW FIRM
344 Tennessee Lane
Palo Alto, California 94306
Telephone: (650) 494-1530
Facsimile: (65) 472-8028
Email: jturner@julieturnerlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 8, 2008        By /s/ Mike McKool
                              Mike McKool

-2-

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Dallas 258698v1

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021565
Cashier ID: almaceh
Transaction Date: 07/22/2008
Payer Name: SAN FRANCISCO LEGAL SUPPORT
------------------------------------
PRO HAC VICE
 For: M MCKOOL
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: D CAWLEY
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: S COLE
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: C TOLLIVER
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 40146
 Amt Tendered: $840.00
------------------------------------
Total Due:      $840.00
Total Tendered: $840.00
Change Amt:     $0.00

C08-3343 JCS


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```