UNITED STATES DISTRICT COURT

Northern District of California

Rambus Inc.

                                  CASE NO. 08:CV03343 JCS

                                  (~~Proposed~~)
      Plaintiff(s),           ORDER GRANTING APPLICATION
  v.                            FOR ADMISSION OF ATTORNEY
                                  *PRO HAC VICE*

NVIDIA Corporation

      Defendant(s).
_____/

Pierre J. Hubert, an active member in good standing of the bar of

Texas whose business address and telephone number

(particular court to which applicant is admitted)

is

McKool Smith, 300 West 6th Street, Suite 1700, Austin, Texas 78701, (512) 692-8700

,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Rambus Inc.

     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 25, 2008



_____
United States Judge
Judge Joseph C. Spero