UNITED STATES DISTRICT COURT

Northern District of California

Rambus Inc.

CASE NO. 08:CV03343 JCS

Plaintiff(s),

v.

NVIDIA Corporation

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Defendant(s).
_____/

Mike McKool, Jr., an active member in good standing of the bar of Texas whose business address and telephone number (particular court to which applicant is admitted) is

McKool Smith, 300 Crescent Court, Suite 1500, Dallas, Texas 75201, (214) 978-4000

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Rambus Inc.  .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: July 25, 2008

Judge Joseph C. Spero