1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  ROBERT W. RICKETSON
   rricketson@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:    +1-650-614-7400
5  Facsimile:    +1-650-614-7401

6  J. PETER COLL (NY STATE BAR NO. 1479492)
   pcoll@orrick.com
7  KAREN D. THOMPSON (NY STATE BAR NO. 4242814)
   kthompson@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   666 Fifth Avenue
9  New York, NY 10103-0001
   Telephone:    +1-212-506-5000
10 Facsimile:    +1-212-506-5151

11 Attorneys for Defendant
   NVIDIA Corporation
12

13                UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

17 | RAMBUS INC.,                  | Case No.  C-08-03343
18 |        Plaintiff,             | **STIPULATION AND [PROPOSED] ORDER FOR EXTENDING TIME FOR DEFENDANT NVIDIA CORPORATION TO RESPOND TO THE COMPLAINT**
19 |        v.                     |
20 | NVIDIA CORPORATION,           |
21 |        Defendant.             | Judge:    Mag. Judge Joseph C. Spero

22
23
24
25
26
27
28

OHS West:260485217.1

STIPULATION AND [PROPOSED] ORDER FOR DEFENDANT
NVIDIA CORPORATION TO RESPOND TO THE COMPLAINT
C-08-03343

1    IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned attorneys, subject to approval of the Court, that the time for Defendant NVIDIA Corporation to respond to the complaint in this action be extended to and through August 29, 2008. In consideration hereof, NVIDIA Corporation agrees that the time for Rambus Inc. to respond to the complaint pending between the parties in the Middle District of North Carolina be extended by 30 days.

Dated: July 31, 2008                         ORRICK, HERRINGTON & SUTCLIFFE LLP

                                             */s/ Robert W. Ricketson*
                                             ROBERT W. RICKETSON
                                             Attorneys for Defendant
                                             NVIDIA CORPORATION

Dated: July 31, 2008                         MCKOOL SMITH P.C.

                                             */s/ Pierre Hubert*
                                             PIERRE HUBERT
                                             Attorneys for Plaintiff
                                             RAMBUS INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the time for Defendant, NVIDIA Corporation to respond to the complaint in the above-captioned action is extended to and through August 29, 2008.

Dated: July _____, 2008

                                             The Honorable Joseph C. Spero

OHS West:260485217.1

STIPULATION AND [PROPOSED] ORDER FOR DEFENDANT
NVIDIA CORPORATION TO RESPOND TO THE COMPLAINT
08-CV-308-W LSP