| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
|   | nchatterjee@orrick.com |
| 2 | ROBERT W. RICKETSON |
|   | rricketson@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 4 | Menlo Park, CA  94025 |
|   | Telephone:    +1-650-614-7400 |
| 5 | Facsimile:    +1-650-614-7401 |
| 6 | Attorneys for Defendant |
|   | NVIDIA Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS, INC., | Case No. C-08-03343 |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| NVIDIA CORPORATION, | |
| Defendant. | |

1  TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

2  PLEASE TAKE NOTICE that I. Neel Chatterjee of Orrick, Herrington & Sutcliffe LLP hereby appears in this action as counsel for the above-captioned Defendant, NVIDIA Corporation. Copies of all briefs, motions, orders, correspondence, and other papers filed with the Court may be electronically served on I. Neel Chatterjee pursuant to Local Rule 5-5(b), at the below-listed electronic mail addresses.

Dated: July 31, 2008                ORRICK, HERRINGTON & SUTCLIFFE LLP


/s/ I. Neel Chatterjee /s/
I. NEEL CHATTERJEE
Orrick Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone.: (650) 614-7400
Facsimile: (650) 614-7401
nchatterjee@orrick.com

Attorneys for Defendant
NVIDIA CORPORATION

OHS West:260485736.1

NOTICE OF APPEARANCE
08-CV-308-W LSP