I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
ROBERT W. RICKETSON
rricketson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     +1-650-614-7400
Facsimile:      +1-650-614-7401

J. PETER COLL (NY STATE BAR NO. 1479492)
pcoll@orrick.com
KAREN D. THOMPSON (NY STATE BAR NO. 4242814)
kthompson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103-0001
Telephone:     +1-212-506-5000
Facsimile:      +1-212-506-5151

Attorneys for Defendant
NVIDIA Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>               Plaintiff,<br><br>       v.<br><br>NVIDIA CORPORATION,<br><br>               Defendant. | Case No.  C-08-03343<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENDING TIME FOR DEFENDANT NVIDIA CORPORATION TO RESPOND TO THE COMPLAINT**<br><br>Judge:     Mag. Judge Joseph C. Spero |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned attorneys, subject to approval of the Court, that the time for Defendant NVIDIA Corporation to respond to the complaint in this action be extended to and through August 29, 2008. In consideration hereof, NVIDIA Corporation agrees that the time for Rambus Inc. to respond to the complaint pending between the parties in the Middle District of North Carolina be extended by 30 days.

Dated: July 31, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Robert W. Ricketson*
ROBERT W. RICKETSON
Attorneys for Defendant
NVIDIA CORPORATION

Dated: July 31, 2008                    MCKOOL SMITH P.C.

*/s/ Pierre Hubert*
PIERRE HUBERT
Attorneys for Plaintiff
RAMBUS INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the time for Defendant, NVIDIA Corporation to respond to the complaint in the above-captioned action is extended to and through August 29, 2008.

Dated: July __31__, 2008

[Signature: Judge Joseph C. Spero]
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OHS West:260485217.1

STIPULATION AND [PROPOSED] ORDER FOR DEFENDANT
NVIDIA CORPORATION TO RESPOND TO THE COMPLAINT
08-CV-308-W LSP