1  Mike McKool, Jr. (*pro hac vice*)
   Douglas Cawley (*pro hac vice*)
2  McKOOL SMITH P.C.
   300 Crescent Court
3  Suite 1500
   Dallas, Texas 75201
4  Telephone: (214) 978-4000
   Facsimile: (214) 978-4044
5  Email: mmckool@mckoolsmith.com;
   dcawley@mckoolsmith.com
6
   Scott L. Cole (*pro hac vice*)
7  Pierre J. Hubert (*pro hac vice*)
   Craig N. Tolliver (*pro hac vice*)
8  McKOOL SMITH P.C.
   300 W. 6th Street
9  Suite 1700
   Austin, Texas 78701
10 Telephone: (512) 692-8700
   Facsimile: (512) 692-8744
11 Email: scole@mckoolsmith.com;
   phubert@mckoolsmith.com;
12 ctolliver@mckoolsmith.com

13 Julie S. Turner (State Bar No. 191146)
   THE TURNER LAW FIRM
14 344 Tennessee Lane
   Palo Alto, California 94306
15 Telephone: (650) 494-1530
   Facsimile: (650) 472-8028
16 Email: jturner@julieturnerlaw.com

17 Attorneys for Plaintiff
   RAMBUS INC.

18

19 **UNITED STATES DISTRICT COURT**

20 **NORTHERN DISTRICT OF CALIFORNIA**

21 **SAN FRANCISCO DIVISION**

22

| | |
|---|---|
| RAMBUS INC., | Case No. C-08-03343 JCS |
| Plaintiff, | |
| v. | **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO CIVIL LOCAL RULE 3-13** |
| NVIDIA CORPORATION, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-13, Rambus submits this Notice of Pendency of Other Action or Proceeding. Civil Local Rule 3-13(b) provides that a party must file such a notice if the party is aware that an action pending in the Northern District of California "involves all or a material part of the same subject matter and all or substantially all of the same parties as another action which is pending in any other federal or state court…."

Rambus filed the present action, *Rambus Inc. v. NVIDIA Corporation*, in this District on July 10, 2008.[1] One day later on July 11, 2008, NVIDIA filed a complaint against Rambus, *NVIDIA Corporation v. Rambus, Inc*., Civil Action No. 1:08-CV-473, in the U.S. District Court for the Middle District of North Carolina, purporting to allege federal antitrust and state claims relating to Rambus's patent enforcement. The parties involved in each case - Rambus and NVIDIA - are identical. NVIDIA specifically references the present action in its complaint and apparently seeks to preclude Rambus from enforcing patents asserted in the present action.

In response to Civil Local Rule 3-13(b)(3)(B), Rambus notes that the present patent enforcement action was first-filed by Rambus as compared to the action filed by NVIDIA seeking to preclude Rambus from enforcing its patents, and that both Rambus and NVIDIA have their principal places of business in this District. Therefore, regarding the issue of whether transfer or coordination is proper, *see* Civ. L. R. 3-13(b)(3)(B), Rambus notes that for at least these reasons, upon the proper motion, the Court for the Middle District of North Carolina may consider whether to transfer that action to the present District.

---

[1] Other patent actions involving Rambus are pending in the Northern District before the Honorable Ronald M. Whyte (case nos. CV 00-20905 RMW, C 05-00334 RMW, C 05-002298 RMW and C 06-00244 RMW). As required by Civil Local Rule 3-12, Rambus is filing in those actions an Administrative Motion for the Court there to consider whether the present action should be deemed "related" to those earlier-filed actions.

McKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201

Notice of Pendency of Other Action or Proceeding
Pursuant to Civil Local Rule 3-13
Case No. C-08-03343 JCS

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATED:  August 7, 2008 | MCKOOL SMITH P.C. |
|   | THE TURNER LAW FIRM |
|   | By:   /s/  Pierre J. Hubert |
|   | Attorneys for Plaintiff<br>RAMBUS INC. |

McKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201

-2-