Mike McKool, Jr. (*pro hac vice*)
Douglas Cawley (*pro hac vice*)
McKOOL SMITH P.C.
300 Crescent Court
Suite 1500
Dallas, Texas 75201
Telephone:  (214) 978-4000
Facsimile:  (214) 978-4044
Email:  mmckool@mckoolsmith.com;
dcawley@mckoolsmith.com

Scott L. Cole (*pro hac vice*)
Pierre J. Hubert (*pro hac vice*)
Craig N. Tolliver (*pro hac vice*)
McKOOL SMITH P.C.
300 W. 6th Street
Suite 1700
Austin, Texas 78701
Telephone:  (512) 692-8700
Facsimile:  (512) 692-8744
Email:  scole@mckoolsmith.com;
phubert@mckoolsmith.com;
ctolliver@mckoolsmith.com

Julie S. Turner (State Bar No. 191146)
THE TURNER LAW FIRM
344 Tennessee Lane
Palo Alto, California 94306
Telephone:  (650) 494-1530
Facsimile:  (650) 472-8028
Email:  jturner@julieturnerlaw.com

Attorneys for Plaintiff
RAMBUS INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RAMBUS INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>NVIDIA CORPORATION,<br><br>          Defendant. | Case No. C-08-03343 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

McKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201

Declination to Proceed Before a Magistrate Judge and
Request for Reassignment to a United States District Judge
Case No. C-08-03343 JCS

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Respectfully submitted,

DATED:  August 7, 2008                    MCKOOL SMITH P.C.
                                          THE TURNER LAW FIRM


                                          By:_____/s/ Pierre J. Hubert_____
                                              Pierre J. Hubert

                                          Attorneys for Plaintiff
                                          RAMBUS INC.

McKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201

Declination to Proceed Before a Magistrate Judge and
Request for Reassignment to a United States District Judge
Case No. C-08-03343 JCS