Mike McKool, Jr. (*pro hac vice*)
Douglas Cawley (*pro hac vice*)
McKOOL SMITH P.C.
300 Crescent Court
Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044
Email: mmckool@mckoolsmith.com;
dcawley@mckoolsmith.com

Scott L. Cole (*pro hac vice*)
Pierre J. Hubert (*pro hac vice*)
Craig N. Tolliver (*pro hac vice*)
McKOOL SMITH P.C.
300 W. 6th Street
Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744
Email: scole@mckoolsmith.com;
phubert@mckoolsmith.com;
ctolliver@mckoolsmith.com

Julie S. Turner (State Bar No. 191146)
THE TURNER LAW FIRM
344 Tennessee Lane
Palo Alto, California 94306
Telephone: (650) 494-1530
Facsimile: (650) 472-8028
Email: jturner@julieturnerlaw.com

Attorneys for Plaintiff
RAMBUS INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RAMBUS INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>NVIDIA CORPORATION,<br><br>      Defendant. | Case No. C-08-03343 SI<br><br>**RAMBUS INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |

Rambus Inc.'s Certification of Interested Entities
or Persons Pursuant to Civil Local Rule 3-16
Case No. C-08-03343 SI

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
named parties, there is no such interest to report.[1]

Respectfully submitted,

DATED: August 12, 2008

MCKOOL SMITH P.C.
THE TURNER LAW FIRM

By: /s/ Pierre J. Hubert
    Pierre J. Hubert

Attorneys for Plaintiff
RAMBUS INC.

McKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201

---

[1] This action was reassigned from Magistrate Judge Joseph C. Spero to this Court yesterday, August 11, 2008, after Rambus filed its Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge.

Rambus Inc.'s Certification of Interested Entities
or Persons Pursuant to Civil Local Rule 3-16
Case No. C-08-03343 SI