1  Mike McKool, Jr. (*pro hac vice*)
   Douglas Cawley (*pro hac vice*)
2  McKOOL SMITH P.C.
   300 Crescent Court
3  Suite 1500
   Dallas, Texas 75201
4  Telephone: (214) 978-4000
   Facsimile: (214) 978-4044
5  Email: mmckool@mckoolsmith.com;
   dcawley@mckoolsmith.com
6
   Scott L. Cole (*pro hac vice*)
7  Pierre J. Hubert (*pro hac vice*)
   Craig N. Tolliver (*pro hac vice*)
8  McKOOL SMITH P.C.
   300 W. 6th Street
9  Suite 1700
   Austin, Texas 78701
10 Telephone: (512) 692-8700
   Facsimile: (512) 692-8744
11 Email: scole@mckoolsmith.com;
   phubert@mckoolsmith.com;
12 ctolliver@mckoolsmith.com

13 Julie S. Turner (State Bar No. 191146)
   THE TURNER LAW FIRM
14 344 Tennessee Lane
   Palo Alto, California 94306
15 Telephone: (650) 494-1530
   Facsimile: (650) 472-8028
16 Email: jturner@julieturnerlaw.com

17 Attorneys for Plaintiff
   RAMBUS INC.
18

19                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
20                    **SAN FRANCISCO DIVISION**

21

22 RAMBUS INC.,
                                            Case No. C-08-03343 JCS
23        Plaintiff,
                                            **RAMBUS INC.'S DISCLOSURE**
24    v.                                    **STATEMENT PURSUANT TO**
                                            **FEDERAL RULE OF CIVIL**
25 NVIDIA CORPORATION,                      **PROCEDURE 7.1**

26        Defendant.

27

28

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Rambus Inc. states it does not have a parent corporation and no publicly held corporation owns 10% or more of Rambus's stock.

Respectfully submitted,

DATED:  August 11, 2008

MCKOOL SMITH P.C.
THE TURNER LAW FIRM

By:       /s/ Pierre J. Hubert
      Pierre J. Hubert

Attorneys for Plaintiff
RAMBUS INC.

**McKOOL SMITH P.C.**
**300 Crescent Court, Suite 1500**
**Dallas, TX 75201**

Case 3:08-cv-03343-SI   Document 28-2   Filed 08/12/2008   Page 1 of 2



| | |
|---|---|
| 1 | Mike McKool, Jr. (*pro hac vice*) |
| | Douglas Cawley (*pro hac vice*) |
| 2 | McKOOL SMITH P.C. |
| | 300 Crescent Court |
| 3 | Suite 1500 |
| | Dallas, Texas 75201 |
| 4 | Telephone: (214) 978-4000 |
| | Facsimile: (214) 978-4044 |
| 5 | Email: mmckool@mckoolsmith.com; |
| | dcawley@mckoolsmith.com |
| 6 | |
| | Scott L. Cole (*pro hac vice*) |
| 7 | Pierre J. Hubert (*pro hac vice*) |
| | Craig N. Tolliver (*pro hac vice*) |
| 8 | McKOOL SMITH P.C. |
| | 300 W. 6th Street |
| 9 | Suite 1700 |
| | Austin, Texas 78701 |
| 10 | Telephone: (512) 692-8700 |
| | Facsimile: (512) 692-8744 |
| 11 | Email: scole@mckoolsmith.com; |
| | phubert@mckoolsmith.com; |
| 12 | ctolliver@mckoolsmith.com |
| 13 | Julie S. Turner (State Bar No. 191146) |
| | THE TURNER LAW FIRM |
| 14 | 344 Tennessee Lane |
| | Palo Alto, California 94306 |
| 15 | Telephone: (650) 494-1530 |
| | Facsimile: (650) 472-8028 |
| 16 | Email: jturner@julieturnerlaw.com |
| 17 | Attorneys for Plaintiff |
| | RAMBUS INC. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RAMBUS INC., | Case No. C-08-03343 JCS |
| Plaintiff, | **RAMBUS INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |
| v. | |
| NVIDIA CORPORATION, | |
| Defendant. | |

Rambus Inc.'s Disclosure Statement
Pursuant to Federal Rule of Civil Procedure 7.1
Case No. C-08-03343 JCS

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Rambus Inc. states it does not have a parent corporation and no publicly held corporation owns 10% or more of Rambus's stock.

Respectfully submitted,

DATED: August 11, 2008

MCKOOL SMITH P.C.
THE TURNER LAW FIRM

By: /s/ Pierre J. Hubert
    Pierre J. Hubert

Attorneys for Plaintiff
RAMBUS INC.

**McKOOL SMITH P.C.**
300 Crescent Court, Suite 1500
Dallas, TX 75201