AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

[Clear Form]

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

Rambus Inc.

      Plaintiff
      v.

NVIDIA Corporation

      Defendant

Civil Action No. C08 03343 JCS

Summons in a Civil Action

To: NVIDIA Corporation

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Pierre Hubert
McKOOL SMITH P.C.
300 W. 6th St.
Suite 1700
Austin, TX 78701

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ORIGINAL

Richard W. Wieking
Name of clerk of court

Date: July 10, 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

FAXED

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __July 11 2008__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _Incorporating Services, Ltd. @ 3500 S. Dupont Hwy Dover, DE 19901._
       _Service Accepted by Sally Fulkerson @ 4:35 pm._
    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: __7/11/08__

_Shelly Miles_ (Server's signature)

_Shelly Miles, Process Server_
Printed name and title

_15 East North Street Dover DE 19901_
Server's address