Mike McKool, Jr. (*pro hac vice*)
Douglas Cawley (*pro hac vice*)
McKOOL SMITH P.C.
300 Crescent Court
Suite 1500
Dallas, Texas 75201
Telephone:  (214) 978-4000
Facsimile:  (214) 978-4044
Email:  mmckool@mckoolsmith.com;
dcawley@mckoolsmith.com

Scott L. Cole (*pro hac vice*)
Pierre J. Hubert (*pro hac vice*)
Craig N. Tolliver (*pro hac vice*)
McKOOL SMITH P.C.
300 W. 6th Street
Suite 1700
Austin, Texas 78701
Telephone:  (512) 692-8700
Facsimile:  (512) 692-8744
Email:  scole@mckoolsmith.com;
phubert@mckoolsmith.com;
ctolliver@mckoolsmith.com

Julie S. Turner (State Bar No. 191146)
THE TURNER LAW FIRM
344 Tennessee Lane
Palo Alto, California 94306
Telephone:  (650) 494-1530
Facsimile:  (650) 472-8028
Email:  jturner@julieturnerlaw.com

Attorneys for Plaintiff
RAMBUS INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RAMBUS INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NVIDIA CORPORATION,<br><br>　　　　Defendant. | Case No. C-08-03343 SI<br><br>**RAMBUS INC.'S AMENDED DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Rambus Inc. states it does not have a parent corporation and, to its knowledge, no publicly held corporation owns 10% or more of its stock.[1]

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED:  August 12, 2008 | MCKOOL SMITH P.C.<br>THE TURNER LAW FIRM |
|  | By: ____/s/ Pierre J. Hubert____<br>       Pierre J. Hubert |
|  | Attorneys for Plaintiff<br>RAMBUS INC. |

McKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201

---

[1] This action was reassigned from Magistrate Judge Joseph C. Spero to this Court yesterday, August 11, 2008, after Rambus filed its Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge.

Rambus Inc.'s Amended Disclosure Statement
Pursuant to Federal Rule of Civil Procedure 7.1
Case No. C-08-03343 SI



Mike McKool, Jr. (*pro hac vice*)
Douglas Cawley (*pro hac vice*)
McKOOL SMITH P.C.
300 Crescent Court
Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044
Email: mmckool@mckoolsmith.com;
dcawley@mckoolsmith.com

Scott L. Cole (*pro hac vice*)
Pierre J. Hubert (*pro hac vice*)
Craig N. Tolliver (*pro hac vice*)
McKOOL SMITH P.C.
300 W. 6th Street
Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744
Email: scole@mckoolsmith.com;
phubert@mckoolsmith.com;
ctolliver@mckoolsmith.com

Julie S. Turner (State Bar No. 191146)
THE TURNER LAW FIRM
344 Tennessee Lane
Palo Alto, California 94306
Telephone: (650) 494-1530
Facsimile: (650) 472-8028
Email: jturner@julieturnerlaw.com

Attorneys for Plaintiff
RAMBUS INC.

McKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RAMBUS INC.,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No. C-08-03343 SI<br><br>**RAMBUS INC.'S AMENDED DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

1   Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Rambus Inc. states it does not
2   have a parent corporation and, to its knowledge, no publicly held corporation owns 10% or more
3   of its stock.[1]

Respectfully submitted,

DATED: August 12, 2008                MCKOOL SMITH P.C.
                                      THE TURNER LAW FIRM


By:      /s/ Pierre J. Hubert
         Pierre J. Hubert

Attorneys for Plaintiff
RAMBUS INC.

McKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201

---

[1] This action was reassigned from Magistrate Judge Joseph C. Spero to this Court yesterday, August 11, 2008, after Rambus filed its Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge.

Rambus Inc.'s Amended Disclosure Statement
Pursuant to Federal Rule of Civil Procedure 7.1
Case No. C-08-03343 SI