I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
DEBORAH E. FISHMAN (STATE BAR NO. 197584)
dfishman@orrick.com
ROBERT W. RICKETSON (STATE BAR NO. 148481)
rricketson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    +1-650-614-7400
Facsimile:     +1-650-614-7401

J. PETER COLL (NY STATE BAR NO. 1479492) (*Pro Hac Vice Pending*)
pcoll@orrick.com
KAREN D. THOMPSON (NY STATE BAR NO. 4242814) (*Pro Hac Vice Pending*)
kthompson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103-0001
Telephone:    +1-212-506-5000
Facsimile:     +1-212-506-5151

Attorneys for Defendant
NVIDIA Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NVIDIA CORPORATION, <br><br> Defendant. | Case No.  C-08-03343 SI <br><br> **[PROPOSED] ORDER GRANTING MOTION TO DISMISS AND TO STRIKE** <br><br> Date:    October 3, 2008 <br> Time:    9:00 a.m. <br> Judge:   The Hon. Susan Illston |

1  The matter before the Court is the Defendant NVIDIA Corporation's Motion to Dismiss
2  and to Strike, or, in the Alternative, for a More Definite Statement. The Court has considered
3  said motion and all papers in support and opposition thereto and, finding good cause, hereby
4  Grants the Motion to Dismiss and to Strike. The alleged claims in the First Amended Complaint
5  herein for willful, induced, and contributory patent infringement are dismissed. Paragraph 31 and
6  paragraphs D and E of the First Amended Complaint are stricken.
7  If plaintiff elects to amend, it shall file any amended complaint within 30 days of the date
8  of this order.
9  IT IS SO ORDERED.

Dated: _____ \_\_\_, 2008   _____
                                      Honorable Susan Illston
                                      United States District Judge
                                      Northern District of California

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 29, 2008

Dated: October 3, 2008.                    Respectfully submitted,

                                           /s/ *Robert W. Richetson* /s/
                                           Name of Attorney

OHS West:260500866.1
15075-2017 R23/R23

[PROPOSED] ORDER GRANTING MOTION TO
DISMISS AND TO STRIKE
C-08-03343 SI