**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAMBUS,

       Plaintiff,

v.

NVIDIA CORPORATION,

       Defendant.

No. C 08-03343SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT defendant's motion to dismiss has been continued to Friday, November 7, 2008, at 9:00 a.m.

Dated: September 4, 2008

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk