1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  ROBERT W. RICKETSON (STATE BAR NO. 148481)
   rricketson@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA 94025
   Telephone:    +1-650-614-7400
5  Facsimile:    +1-650-614-7401

6  J. PETER COLL (NY STATE BAR NO. 1479492)
   pcoll@orrick.com
7  KAREN D. THOMPSON (NY STATE BAR NO. 4242814)
   kthompson@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   666 Fifth Avenue
9  New York, NY 10103-0001
   Telephone:    +1-212-506-5000
10 Facsimile:    +1-212-506-5151

11 Attorneys for Defendant
   NVIDIA Corporation
12

**FILED**

08 SEP 19  AM 11: 23

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

13            **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15            **SAN FRANCISCO DIVISION**

16

17 RAMBUS, INC.,                          Case No.  C-08-03343 SI

18            Plaintiff,

19     v.                                 **APPLICATION FOR
                                          ADMISSION OF ATTORNEY**
20 NVIDIA CORPORATION,                    *PRO HAC VICE*

21            Defendant.

22        Pursuant to Civil L. R. 11-3, Karen D. Thompson, an active member in good standing of

23 the bar of New York, hereby applies for admission to practice in the Northern District of

24 California on a *pro hac vice* basis representing Defendant NVIDIA Corporation in the above-

25 entitled action.

26        In support of this application, I certify on oath that:

27        1.      I am an active member in good standing of a United States Court or of the highest

28

1     court of another State or the District of Columbia, as indicated above;

2         2.      I agree to abide by the Standards of Professional Conduct set forth in Civil Local

3     Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar

4     with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

5         3.      Two attorneys who are members of the bar of this Court in good standing and who

6     maintain offices within the State of California have been designated as co-counsel in the above-

7     entitled action. The names, addresses, and telephone numbers of those attorneys are:

8

9                    I. Neel Chatterjee
                          nchatterjee@orrick.com

10                 Robert Ricketson
                          rricketson@orrick.com

11

12                 Orrick, Herrington & Sutcliffe LLP
                          1000 Marsh Road

13                 Menlo Park, California 94025-1021
                          Telephone: (650) 614-7400

14                 Facsimile: (650) 614-7401

15        I declare under penalty of perjury that the foregoing is true and correct.

16

17     Dated:     August 26, 2008                 Respectfully submitted,

18

19

20                                         Karen D. Thompson

21

22 

23

24

25

26

27

28

                APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
                                         C-08-03343 SI