I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
DEBORAH E. FISHMAN (STATE BAR NO. 197584)
dfishman@orrick.com
ROBERT W. RICKETSON (STATE BAR NO. 148481)
rricketson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

Attorneys for Defendant
NVIDIA Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NVIDIA CORPORATION, <br><br> Defendant. | Case No. C-08-03343 SI <br><br> **[PROPOSED] ORDER EXTENDING TIME TO FILE ANSWER AND COUNTERCLAIMS** |

Good cause appearing, the time for defendant NVIDIA Corporation to file and serve its answer and counterclaims in this action is hereby extended to __1/16_____, 2009.

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

OHS West:260554184.1
15075-2017 R23/R23

[PROPOSED ORDER]
C-08-03343