```
1   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
2   DEBORAH E. FISHMAN (STATE BAR NO. 197584)
    dfishman@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
4   Menlo Park, CA 94025
    Telephone:   +1-650-614-7400
5   Facsimile:   +1-650-614-7401

6   ROBERT A. ROSENFELD (STATE BAR NO. 86970)
    rrosenfeld@orrick.com
7   DAVID M. GOLDSTEIN (STATE BAR NO. 142334)
    dgoldstein@orrick.com
8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
9   405 Howard Street
    San Francisco, CA 94105-2669
10  Telephone:   +1-415-773-5700
    Facsimile:   +1-415-773-5759
11
    Attorneys for Defendant
12  NVIDIA Corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS, INC., | No. C-08-03343 SI; C-08-05500 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING JOINT CASE MANAGEMENT STATEMENT** |
| v. | |
| NVIDIA CORPORATION, | |
| Defendant. | |

Rambus, Inc. ("Rambus") and Nvidia Corporation ("Nvidia"), by and through their counsel of record, hereby stipulate with reference to the following:

WHEREAS, Nvidia and Rambus (collectively, "the Parties") have been preparing a Joint Case Management Conference Statement ("Joint Statement") that is currently due March 13,

2009;

WHEREAS, the Court scheduled a hearing for March 13, 2009, in which the Court and the Parties may address issues relevant to the Joint Statement;

WHEREAS, the Parties agree that it would be beneficial to receive and consider the guidance of the Court on March 13, 2009, and engage in further discussions between the Parties, as appropriate, prior to filing the Joint Statement;

THEREFORE, IT IS HEREBY STIPULATED by and between Nvidia and Rambus, through their respective counsel, that the Parties will refrain from filing a Joint Statement until Tuesday, March 17, 2009, unless the Court otherwise directs.

Dated: March 12, 2009

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Robert A. Rosenfeld
Attorneys for Nvidia Corporation

Dated: March 12, 2009

MCKOOL SMITH P.C.

_____
Pierre J. Hubert / by permission
Pierre J. Hubert
Attorneys for Rambus, Inc.

# [PROPOSED] ORDER

The Court, having considered the above Stipulation, hereby orders that the Parties shall refrain from filing their Joint Statement until ~~Tuesday, March 17~~ Wednesday, March 18, 2009, unless the Court otherwise directs.

**IT IS SO ORDERED.**

Dated: March_____, 2009

_____
UNITED STATES DISTRICT JUDGE