IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMBUS, INC., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>NVIDIA CORPORATION, <br><br>　　　　Defendant. <br> _____/ | Nos. C 08-3343 SI, C 08-5500 <br><br>**ORDER RE: APPOINTMENT OF THE HONORABLE EDWARD INFANTE (RET.) AS SPECIAL MASTER** |

　　　As stated in the Court's April 13, 2009 order, the Court intends to appoint the Honorable Edward Infante (Retired) as a Special Master to oversee discovery in these consolidated cases. The parties have informed the Court that they have no objection to Judge Infante's appointment.

　　　The Court requests that Judge Infante inform the Court whether he is willing to accept such an appointment, and if so, that he file an affidavit disclosing whether there is any ground for disqualification under 28 U.S.C. § 455, as required by Federal Rule of Civil Procedure 53(b)(3). After receipt of this information, the Court will issue a separate order appointing Judge Infante as a Special Master. The Clerk shall send a copy of this order, as well as the April 13, 2009 order, to Judge Infante at JAMS, Two Embarcadero Center, Suite 1500, San Francisco, CA 94111.

　　　**IT IS SO ORDERED.**

Dated: April 20, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　　Susan Illston
　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge