1   [counsel identified on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>NVIDIA CORPORATION,<br><br>    Defendant.<br><br>and<br><br>NVIDIA CORPORATION<br><br>    Plaintiff,<br><br>  v.<br><br>RAMBUS INC.,<br><br>    Defendant. | Case No.  C-08-03343 SI<br>Case No.  C-08-05500 SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING AND DISCOVERY** |

Joint Stipulation and [Proposed] Order Regarding
Scheduling and Discovery
(Case Nos. C-08-03343 SI and C-08-05500 SI)

Austin 52792v1

1    Rambus Inc. and NVIDIA Corporation (collectively, the "parties") hereby submit the

2 following joint stipulation and proposed order regarding scheduling and discovery:

3    WHEREAS, the Court's April 13, 2009 Order provides for an initial four-month phase of

4 discovery limited to document production from other proceedings in order to minimize burden

5 and inefficiency, and a case management conference on August 21, 2009 "to determine the next

6 steps in the case management plan." (Order re: Discovery and Denying Defendant's Motion for

7 Stay (Docket No. 120, C-08-03343) (the "Discovery Order"), 3:4-18);

8    WHEREAS, the Discovery Order further provides that "[p]rior to that case management

9 conference, the parties shall meet with the Special Master to discuss a plan for the next phase of

10 discovery. The parties shall submit a joint case management conference statement by August 14,

11 2009." (*Id.* at 3:19-21);

12   WHEREAS, on June 11, 2009, the Parties filed a Stipulation and [Proposed] Order

13 regarding discovery, which the Court entered on June 18, 2009 (Docket No. 127) (the "Discovery

14 Stipulation");

15   WHEREAS, pursuant to the Discovery Order and the Discovery Stipulation, during the

16 initial four-month phase of discovery, each party granted to the other party access in these actions

17 to certain discovery materials each party produced in the ITC action and certain other proceedings

18 in which a party has been involved;

19   WHEREAS, pursuant to the Discovery Order and Discovery Stipulation, the parties agree

20 that the initial phase of discovery should continue and are continuing to meet and confer with

21 respect to open issues regarding further production of materials from other proceedings;

22   WHEREAS, the ITC action is scheduled for trial this October, an initial determination is

23 due on January 22, 2010, and the parties believe that the ITC proceedings may generate materials

24 that may enable the parties in these district court cases to further target their discovery and assess

25 the remaining schedule for these cases;

26   WHEREAS, the parties agree that the case management conference scheduled for August

27 21, 2009 at 3:00 pm should be rescheduled to February 12, 2010 at 3:00 pm; that the parties'

28

Joint Stipulation and [Proposed] Order Regarding
Scheduling and Discovery                                    - 2 -
(Case Nos. C-08-03343 SI and C-08-05500 SI)

Austin 52792v1

meeting with the Special Master to discuss a plan for the next phase of discovery should likewise be rescheduled to occur prior to the rescheduled case management conference; that the August 14, 2009 deadline for the parties to submit a joint case management statement should be rescheduled to February 5, 2010; and that the initial phase of discovery should continue during the interim;

THEREFORE, IT IS ORDERED THAT:

(1) The case management conference scheduled for August 21, 2009 at 3:00 pm is hereby rescheduled to **February 12, 2010** at 3:00 pm.  Prior to that case management conference, the parties shall meet with the Special Master to discuss a plan for the next phase of discovery. The August 14, 2009 deadline for the parties to submit a joint case management conference statement is hereby rescheduled to **February 5, 2010**.

(2) In the interim, discovery will be limited to document production.  No depositions or written discovery will take place, and the Patent Local Rules will remain suspended.

(3) The Discovery Stipulation previously entered by the Court remains in effect.

**SO ORDERED:**

Dated: August 5, 2009



_____
Judge Susan Illston

Joint Stipulation and [Proposed] Order Regarding
Scheduling and Discovery                                  - 3 -
(Case Nos. C-08-03343 SI and C-08-05500 SI)

Austin 52792v1

| | | |
|---|---|---|
| 1 | Dated: August 04, 2009 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | I. Neel Chatterjee/ by permission /s/Pierre Hubert |
| 4 | | I. Neel Chatterjee<br>Attorneys for NVIDIA Corporation |
| 5 | | 1000 Marsh Road<br>Menlo Park, CA  94025 |
| 6 | | Telephone: (650) 614-7400<br>Facsimile:  (650) 614-7401 |
| 7 | | Email: nchatterjee@orrick.com |
| 8 | | |
| 9 | Dated: August 04, 2009 | MCKOOL SMITH |
| 10 | | |
| 11 | | /s/ Pierre Hubert |
| 12 | | Pierre Hubert<br>Attorneys for Rambus Inc. |
| 13 | | 300 West 6th Street, Suite 1700 |
| 14 | | Austin, TX  78701<br>Telephone:  (512) 692-8700 |
| 15 | | Facsimile:  (512) 692-8744<br>Email:  phubert@mckoolsmith.com |

Joint Stipulation and [Proposed] Order Regarding
Scheduling and Discovery                                - 4 -
(Case Nos. C-08-03343 SI and C-08-05500 SI)

Austin 52792v1