| | |
|---|---|
| Mike McKool, Jr. (*pro hac vice*) | Julie S. Turner (State Bar No. 191146) |
| Douglas Cawley (*pro hac vice*) | Karen I. Boyd (State Bar No. 189808) |
| McKOOL SMITH P.C. | TURNER BOYD LLP |
| 300 Crescent Court | 2625 Middlefield Rd. #675 |
| Suite 1500 | Palo Alto, California 94306 |
| Dallas, Texas 75201 | Telephone: (650) 494-1530 |
| Telephone: (214) 978-4000 | Facsimile: (650) 472-8028 |
| Facsimile: (214) 978-4044 | Email: turner@turnerboyd.com |
| Email: mmckool@mckoolsmith.com; | boyd@turnerboyd.com |
| dcawley@mckoolsmith.com | |

Scott L. Cole (*pro hac vice*)
Pierre J. Hubert (*pro hac vice*)
Craig N. Tolliver (*pro hac vice*)
McKOOL SMITH P.C.
300 W. 6th Street
Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744
Email: scole@mckoolsmith.com;
phubert@mckoolsmith.com;
ctolliver@mckoolsmith.com

Attorneys for Plaintiff RAMBUS INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RAMBUS INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>NVIDIA CORPORATION,<br><br>  Defendant. | Case No. C-08-03343 SI<br><br>**RAMBUS INC.'S**<br>**NOTICE OF SUBSTITUTION OF**<br>**LOCAL COUNSEL AND**<br>**[PROPOSED] ORDER** |
| NVIDIA CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>RAMBUS INC.,<br><br>  Defendant. | Case No. C-08-05500 SI |

1  Pursuant to Civil Local Rule 11-5, and to eliminate any possibility of the appearance of a
2  potential conflict as Rambus's current local counsel Turner Boyd LLP proceeds with a planned
3  lateral attorney hire, Rambus hereby consents to the withdrawal of Turner Boyd LLP as its local
4  counsel, and substitutes the following attorneys as its local counsel of record in the above-
5  captioned actions in place of Turner Boyd LLP:

> Michael F. Kelleher (State Bar No. 165493)
> Karen J. Petrulakis (State Bar No. 168732)
> FOLGER LEVIN & KAHN LLP
> Embarcadero Center West
> 275 Battery Street, 23rd Floor
> San Francisco, CA 94111
> Telephone: (415) 986-2800
> Facsimile (415) 986-2827
> Email: mkelleher@flk.com
> Email: kpetrulakis@flk.com

McKool Smith PC remains as Rambus's counsel of record in these actions. All pleadings, orders and notices should henceforth be served upon McKool Smith attorneys of record as well as the above-identified attorneys at Folger Levin & Kahn LLP.

Dated: September 1, 2009           Respectfully submitted,

By: /s/ Pierre Hubert /s/
Pierre Hubert
McKool Smith PC
On Behalf of Rambus Inc.

By: /s/ Julie S. Turner /s/
Julie S. Turner
On Behalf of Turner Boyd LLP

By: /s/ Karen J. Petrulakis /s/
Karen J. Petrulakis
Folger Levin & Kahn LLP

Rambus's Notice of Substitution                              Case No. C-08-03343 SI
of Local Counsel and [Proposed] Order                        Case No. C-08-05500 SI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> NVIDIA CORPORATION, <br><br> Defendant. | Case No. C-08-03343 SI |
| NVIDIA CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> RAMBUS INC., <br><br> Defendant. | Case No. C-08-05500 SI |

**[PROPOSED] ORDER**

The Court hereby GRANTS permission for the withdrawal of Turner Boyd LLP and for the substitution of Folger Levin & Kahn LLP as local counsel for Rambus Inc. in the above-captioned actions.  IT IS SO ORDERED.

Dated: _____, 2009

_____
The Honorable Susan Illston
United States District Judge

[Proposed] Order

Case No. C-08-03343 SI
Case No. C-08-05500 SI