1    [counsel identified on signature page]

2

3

4

5

6

7

8

9

10

11

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

17   RAMBUS INC.,                          Case No.  C-08-03343 SI
                                           Case No.  C-08-05500 SI
18                    Plaintiff,
                                           **STIPULATION AND [PROPOSED]**
19          v.                             **ORDER**

20   NVIDIA CORPORATION,

21                    Defendant.

22   and

23   NVIDIA CORPORATION

24                    Plaintiff,

25          v.

26   RAMBUS, INC.,

27                    Defendant.

28

1   Rambus Inc. and NVIDIA Corporation (collectively, the "Parties") hereby submit the

2   following joint stipulation and proposed order:

3   WHEREAS, the Court entered a Protective Order on April 21, 2009 (Docket No. 124):

4   WHEREAS, the Parties are involved in a related proceeding pending in the International

5   Trade Commission (the "ITC Action");

6   WHEREAS, the Court entered Orders on April 13, 2009 and June 18, 2009 ("Discovery

7   Orders") governing discovery in this case, which among other things implemented an initial

8   phase of discovery limited to document production from other proceedings, including but not

9   limited to the ITC Action;

10   WHEREAS, on August 5, 2009, the Court ordered, pursuant to the Parties' stipulation,

11   that the initial phase of discovery should continue until the February 12, 2010 case management

12   conference in part because an initial determination in the ITC Action is due to be issued on

13   January 22, 2010;

14   WHEREAS, the Parties are meeting and conferring regarding NVIDIA's proposals to

15   amend the Court's April 21, 2009 Protective Order, including without limitation paragraph 7.3(b)

16   regarding in-house counsel access to information that is designated "HIGHLY CONFIDENTIAL

17   – ATTORNEYS' EYES ONLY" pursuant to the Protective Order;

18   WHEREAS, NVIDIA and Rambus each represent that none of their in-house counsel has

19   accessed the other party's materials designated "HIGHLY CONFIDENTIAL – ATTORNEYS'

20   EYES ONLY" in this action; and

21   WHEREAS, the Parties intend to further minimize burden and inefficiency by reaching a

22   stipulation without the need to engage in motion practice at this time to resolve any dispute

23   regarding the Protective Order;

24   WHEREAS, the parties agree that the case management conference scheduled for

25   February 12, 2010, at 3:00 pm should be rescheduled to March 12, 2010, at 3:00 pm, and that the

26   case management statement should be filed no later than March 5, 2010;

27   WHEREAS, the parties agree that the initial phase of discovery should continue until the

28   March 12, 2010 case management conference;

1    Rambus and NVIDIA hereby stipulate as follows:

2        1.    The case management conference scheduled for February 12, 2010, at 3:00 pm

3    should be rescheduled for March 12, 2010, at 3:00 pm, and the case management statement

4    should be filed no later than March 5, 2010;

5        2.    The initial phase of discovery should continue until the March 12, 2010 case

6    management conference;

7        3.    Notwithstanding the Protective Order's provision to the contrary, materials that are

8    designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" shall not be made

9    available to in-house counsel for any party before March 16, 2010, unless the parties otherwise

10   agree or the Court so orders.  If the March 16, 2010 date is not extended by stipulation or a Court

11   order and a party files no later than March 15, 2010, a motion to amend the Protective Order with

12   respect to in-house counsel access, this paragraph 3 shall remain in effect until final resolution of

13   the motion, including any and all appeals to the district court of the Special Master's ruling on

14   that motion.

15       4.    In view of the Stipulation addressing discovery matters in the interim, neither party

16   may file a motion in this matter until March 1, 2010.

17       5.    Nothing in this Stipulation affects a party's right, pursuant to the terms of the

18   Protective Order, to challenge the designation of a document as "HIGHLY CONFIDENTIAL –

19   ATTORNEYS' EYES ONLY."

20
     Dated:  January 21, 2010                    ORRICK, HERRINGTON & SUTCLIFFE LLP
21

22

23                                                      /s/ David M. Goldstein
                                                 David M. Goldstein
24                                               Attorneys for NVIDIA Corporation

25                                               405 Howard Street
                                                 San Francisco, CA  94105
26                                               Telephone:  (415) 773-4255
                                                 Facsimile:  (415) 773-5759
27                                               Email: dgoldstein@orrick.com

28

1    Dated: January 21, 2010                    MCKOOL SMITH

2

3                                               _____
                                                    /s/ Pierre Hubert
4                                               Pierre Hubert
                                                Attorneys for Rambus Inc.
5                                               300 West 6th Street, Suite 1700
                                                Austin, TX  78701
6                                               Telephone:  (512) 692-8700
                                                Facsimile:  (512) 692-8744
7                                               Email:  phubert@mckoolsmith.com

8

9
     **SO ORDERED:**
10

11   Dated: January __, 2010                    _____

12                                              HONORABLE SUSAN ILLSTON
                                                United States District Judge
13

14

15

16

17

18   OHS West:260812906.1
     15075-2017 DAG/DAG

19

20

21

22

23

24

25

26

27

28

     Stipulation and [Proposed] Order                          - 4 -
     (Case Nos. C-08-03343 SI and C-08-05500 SI)