IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMBUS, INC.<br><br>        Plaintiff,<br><br>  v.<br><br>NVIDIA CORPORATION,<br><br>        Defendant.<br>and<br><br>NVIDIA CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>RAMBUS, INC.,<br><br>        Defendant.<br>_____/ | No. C 08-3343 SI, C 08-5500 SI<br><br>**ORDER RE: MARCH 12, 2010 CASE MANAGEMENT CONFERENCE** |

At the March 12, 2010 case management conference, counsel shall be prepared to address the impact on these consolidated cases of the January 22, 2010 ruling by the International Trade Commission, as well as the status of any further proceedings in the ITC and the U.S. Patent and Trademark Office.

**IT IS SO ORDERED.**

Dated: January 27, 2010

                                                                         SUSAN ILLSTON<br>
                                                                         United States District Judge