| | |
|---|---|
| Mike McKool, Jr. (*pro hac vice*) | Karen J. Petrulakis (CSB No. 168732) |
| Douglas Cawley (*pro hac vice*) | CROWELL & MORING LLP |
| McKOOL SMITH P.C. | 275 Battery Street, 23rd Floor |
| 300 Crescent Court | San Francisco, California 94111 |
| Suite 1500 | Telephone: (415) 986-2800 |
| Dallas, Texas 75201 | Facsimile: (415) 986-2827 |
| Telephone: (214) 978-4000 | Email: kpetrulakis@crowell.com |
| Facsimile: (214) 978-4044 | |
| Email: mmckool@mckoolsmith.com; | |
| dcawley@mckoolsmith.com | |

Scott L. Cole (*pro hac vice*)
Pierre J. Hubert (*pro hac vice*)
Craig N. Tolliver (*pro hac vice*)
McKOOL SMITH P.C.
300 W. 6th Street
Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744
Email: scole@mckoolsmith.com;
phubert@mckoolsmith.com;
ctolliver@mckoolsmith.com

Attorneys for Plaintiff RAMBUS INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> NVIDIA CORPORATION, <br><br> Defendant. | Case No. C-08-03343 SI <br><br> **[PROPOSED] ORDER DENYING NVIDIA'S MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE THE DATE OF THE AUGUST 27, 2010 CASE MANAGEMENT CONFERENCE TO OCTOBER 29, 2010** <br><br> Court: Dept. 10, 19th Floor <br> Judge: Honorable Susan Illston |
| NVIDIA CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> RAMBUS INC., <br><br> Defendant. | Case No. C-08-05500 SI |

[Proposed] Order Denying Motion to Continue CMC
Case Nos. C-08-03343 SI, C-08-05500 SI

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, having reviewed NVIDIA Corporation's ("NVIDIA") Motion to continue the Case Management Conference, styled as NVIDIA's "Motion for Administrative Relief to Continue the Date of the August 27, 2010 Case Management Conference to October 29, 2010," (NVIDIA's "Motion") and Rambus Inc.'s Opposition to NVIDIA's Motion, and having considered all of the filings in support of and in opposition to the motion, and all other evidence as appropriate,

HEREBY ORDERS:

NVIDIA's Motion is DENIED. The Case Management Conference will proceed on August 27, 2010 at 3:00 p.m.

IT IS SO ORDERED.

Dated: August ___, 2010        _____
                               Honorable Susan Illston
                               United States District Judge