McKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> NVIDIA CORPORATION, <br><br> Defendant. | Case No. C-08-03343 SI <br><br> **[PROPOSED] ORDER RE: APPOINTMENT OF THE HONORABLE CHARLES A. LEGGE (RET.) AS SPECIAL MASTER** <br><br> Judge: The Hon. Susan Illston |
| NVIDIA CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> RAMBUS INC., <br><br> Defendant. | Case No. C-08-05500 SI |

The Court intends to appoint the Honorable Charles A. Legge (Retired) as a Special Master to oversee discovery in these consolidated cases.

The Court requests that Judge Legge inform the Court whether he is willing to accept such an appointment, and if so, that he file an affidavit disclosing whether there is any ground for disqualification under 28 U.S.C. § 455, as required by Federal Rule of Civil Procedure 53(b)(3). After receipt of this information and absent disqualification, the Court will issue a separate order appointing Judge Legge as a Special Master. The Clerk shall send a copy of this order, as well as this Court's October 13, 2010 order, to Judge Legge at JAMS, Two Embarcadero Center, Suite 1500, San Francisco, CA 94111.

The Court ORDERS, further to its October 13, 2010 order (Docket No. 155), as follows:

1. If a party sends a notification letter to a third party indicating that materials that may be confidential to that third party will be produced in this action, then

materials that are confidential to a third party may be produced here if designated "Highly Confidential - Attorneys Eyes Only" under the protective order, unless the third party submits a request for a protective order to the appointed Special Master within 21 days after a notification letter has been sent to the third party.

2. Any requests for a protective order submitted to Special Master Infante in accordance with the Court's October 13, 2010 order shall be forwarded to the appointed Special Master.

**IT IS SO ORDERED.**

Dated: _____, 2010

_____
SUSAN ILLSTON
United States District Judge

McKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201

Proposed Order Re: Substitution of Discovery Special Master
Case Nos. C-08-03343 SI, C-08-05500 SI