1  I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@orrick.com
2  THERESA A. SUTTON (State Bar No. 211857)
   tsutton@orrick.com
3  1000 Marsh Road
   Menlo Park, CA  94025
4  Telephone:     (650) 614-7400
   Facsimile:      (650) 614-7401
5
   DAVID M. GOLDSTEIN (State Bar No. 142334)
6  dgoldstein@orrick.com
   405 Howard Street
7  San Francisco, CA 94105
   Telephone:     (415) 773-5700
8  Facsimile:      (415) 773-5759

9  Attorneys for Defendant
   NVIDIA Corporation

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NVIDIA CORPORATION,<br><br>　　　　　　Defendant. | Case No.  C-08-03343-SI<br>Consolidated with C-08-0550 SI<br><br>**[PROPOSED] ORDER GRANTING NVIDIA CORPORATION'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL L.R. 7-11 TO ENLARGE TIME UNDER CIVIL L.R. 6-3** |

1   Upon consideration of NVIDIA's Motion for Administrative Relief to Enlarge Time
2   Pursuant to Civil Local Rule 6-3 (Dkt. No. 157), filed on November 8, 2010, pursuant to Civil
3   Local Rules 6-3 and 7-11, and good cause appearing, IT IS HEREBY ORDERED THAT the
4   deadline for completing Phase I discovery, currently set for December 17, 2008, shall be
5   continued to February 25, 2011.
6   IT IS FURTHER ORDERED that Rambus's Motion for Administrative Relief to Appoint
7   a Substitute Discovery Special Master (Dkt. No. 156) is HEREBY DENIED.

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE