QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (SBN 170151)
    charlesverhoeven@quinnemanuel.com
  Sean Pak (SBN 219032)
    seanpak@quinnemanuel.com
  Sanjay M. Nangia (SBN 264986)
    sanjaynangia@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Matthew R. Hulse (SBN 209490)
    matthulse@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for BROADCOM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NVIDIA CORPORATION, <br><br> Defendant. | Case No. 3:08-CV-03343 SI <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR BROADCOM CORPORATION TO RESPOND TO RAMBUS INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** <br><br> Case No. 3:08-CV-05500 SI |

Plaintiff Rambus Inc. ("Plaintiff") and defendant Broadcom Corporation ("Defendant"), hereby stipulate as follows:

WHEREAS, on or about December 2, 2010, Plaintiff served its Complaint upon Defendant in Case No. 3:10-CV-05437 RS in this district; and

WHEREAS, on or about December 3, 2010, Plaintiff served its Administrative Motion

1 to Consider Whether Cases Should be Related Pursuant to Civil Local Rule 3-12 ("Motion") in Case No. 3:08-CV-03343 SI;

WHEREAS, Defendant's response to the Motion is presently due on or before December 7, 2010;

WHEREAS, Defendant now requires additional time to respond to Plaintiff's Notice, and Plaintiff and Defendant have agreed to extend the time by which Defendant must respond to Plaintiff's Notice:

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Defendant will have to and including December 13, 2010 to serve and file a response to Plaintiff's Motion.

IT IS HEREBY FURTHER STIPULATED by and between the parties hereto through their respective attorneys of record that by entering into this stipulation, none of the parties waive any rights with respect to the issues presented in this litigation and, specifically, Defendants do not waive any rights or defenses with respect to the Notice.

Dated December 7, 2010

Respectfully Submitted,

Munger, Tolles, & Olson LLP

By:    /s/ Peter A. Detre

Peter A. Detre
*Attorneys for Plaintiff Rambus Inc.*


Quinn Emanuel Urquhart & Sullivan LLP

By:    /s/ Matthew R. Hulse

Matthew R. Hulse
*Attorneys for Defendant Broadcom Corporation*

I hereby attest pursuant to General Order 45.X.B that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated December 7, 2010

/s/ Matthew R. Hulse

Matthew R. Hulse

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____         By: _____
                                    The Hon. Susan Illston
                                    United States District Court Judge