1  Gregory L. Lippetz (SBN 154228)
   glippetz@jonesday.com
2  JONES DAY
   1755 Embarcadero Road
3  Palo Alto, CA  94303
   Telephone:     650-739-3939
4  Facsimile:      650-739-3900

5  Attorney for MEDIATEK INC.

6

7

8              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
9                 SAN FRANCISCO DIVISION

10 | RAMBUS INC.,                      | Case No. C-08-03343 SI
11 |         Plaintiff,                | **STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND MEDIATEK INC.'S DEADLINE TO FILE A RESPONSE TO RAMBUS INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**
12 |      v.                           |
13 | NVIDIA CORPORATION,                |
14 |         Defendant.                 |
15 |                                    |
   | NVIDIA CORPORATION,                | Case No. C-08-05500 SI
16 |                                    |
17 |         Plaintiff,                 |
   |      v.                            |
18 |                                    |
19 | RAMBUS INC.,                       |
   |         Defendant                  |
20 |                                    |

21       WHEREAS, on December 1, 2010, Plaintiff Rambus Inc. ("Rambus") filed Case No.

22  3:10-cv-05447-BZ against MediaTek Inc., ("MediaTek") in this district.

23       WHEREAS, on December 3, 2010, Rambus filed an Administrative Motion To Consider

24  Whether Cases Should Be Related Pursuant To Civil L.R. 3-12, (Dkt. No. 164), in which Rambus

25  brought Case No. 3:10-cv-05447-BZ and several other cases to this Court's attention.

26       WHEREAS, under Civil L.R. 3-12(e), any response to Rambus Inc.'s Administrative

27  Motion To Consider Whether Cases Should Be Related Pursuant To Civil L.R. 3-12, (Dkt. No.

28  164), is currently due today, December 7, 2010.

1    WHEREAS, MediaTek represents that it first learned of this motion late in the day on
2 December 6, 2010.
3
4    THE PARTIES HEREBY SUBMIT THIS STIPULATED REQUEST THAT the Court
5 extend MediaTek Inc.'s deadline to respond to Rambus Inc.'s Administrative Motion To
6 Consider Whether Cases Should Be Related Pursuant To Civil L.R. 3-12 until Monday,
7 December 13, 2010.

|     |                              |                                                                                                                                                                                                                                           |
| --- | ---------------------------- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     |                              | Respectfully submitted,                                                                                                                                                                                                                   |
| 1   | Dated: December 7, 2010      | Jones Day                                                                                                                                                                                                                                 |

Respectfully submitted,

Dated:  December 7, 2010

Jones Day

By:      /s/ Gregory L. Lippetz
Gregory L. Lippetz
State Bar No. 154228
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:       650-739-3939
Facsimile:        650-739-3900

Counsel for MediaTek Inc.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: December 7, 2010

By:     /s/ Peter A. Detre
PETER A. DETRE
State Bar No. 182619
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Counsel for Rambus Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____, 2010

By: /s/ Susan Illston
The Hon. Susan Illston
United States Magistrate Judge

SVI-87749v1