1 | Gregory L. Lippetz (SBN 154228)
  | glippetz@jonesday.com
2 | JONES DAY
  | 1755 Embarcadero Road
3 | Palo Alto, CA  94303
  | Telephone:     650-739-3939
4 | Facsimile:     650-739-3900

5 | Attorney for FREESCALE
  | SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| RAMBUS INC., | Case No. C-08-03343 SI |
|---|---|
| Plaintiff, | **STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND FREESCALE SEMICONDUCTOR, INC.'S DEADLINE TO FILE A RESPONSE TO RAMBUS INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |
| v. | |
| NVIDIA CORPORATION, | |
| Defendant. | |
| NVIDIA CORPORATION, | Case No. C-08-05500 SI |
| Plaintiff, | |
| v. | |
| RAMBUS INC., | |
| Defendant | |

WHEREAS, on December 1, 2010, Plaintiff Rambus Inc. ("Rambus") filed Case No. 5:10-cv-05445-PSG against Freescale Semiconductor, Inc., ("Freescale") in this district.

WHEREAS, on December 3, 2010, Rambus filed an Administrative Motion To Consider Whether Cases Should Be Related Pursuant To Civil L.R. 3-12, (Dkt. No. 164), in which Rambus brought Case No. 5:10-cv-05445-PSG and several other cases to this Court's attention.

WHEREAS, under Civil L.R. 3-12(e), any response to Rambus Inc.'s Administrative Motion To Consider Whether Cases Should Be Related Pursuant To Civil L.R. 3-12, (Dkt. No.

1    164), is currently due today, December 7, 2010.

2    WHEREAS, Freescale represents that it first learned of this motion late in the day on

3    December 6, 2010.

4

5    THE PARTIES HEREBY SUBMIT THIS STIPULATED REQUEST THAT the Court

6    extend Freescale Semiconductor, Inc.'s deadline to respond to Rambus Inc.'s Administrative

7    Motion To Consider Whether Cases Should Be Related Pursuant To Civil L.R. 3-12 until

8    Monday, December 13, 2010.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: December 7, 2010 | Jones Day |

By: ____/s/ Gregory L. Lippetz_____
Gregory L. Lippetz
State Bar No. 154228
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650-739-3939
Facsimile: 650-739-3900

Counsel for Freescale Semiconductor, Inc.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: December 7, 2010         By: ____/s/ Peter A. Detre_____
PETER A. DETRE
State Bar No. 182619
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Counsel for Rambus Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____, 2010    By: ____[signature: Susan Illston]____
The Hon. Susan Illston
United States Magistrate Judge

SVI-87741v1

- 3 -

STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND
FREESCALE SEMICONDUCTOR, INC.'S DEADLINE TO RESPOND
CASE NO. C-08-03343 SI