1  [Counsel listed on last page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> NVIDIA CORPORATION, <br><br> Defendant. <br><br> NVIDIA CORPORATION, <br><br> Cross-Complainant, <br><br> v. <br><br> RAMBUS INC., <br><br> Cross-Defendant. | Case No. C-08-03343 SI <br> Consolidated with C-08-0550 SI <br><br> **STIPULATION PURSUANT TO CIVIL L.R. 6-2(A) AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Date: June 3, 2011 <br> Time: 3:00 p.m. <br> Dept: 5, 5th Fl. <br> Judge: Hon. Susan Illston |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHS WEST:261152799.1

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CASE NOS. C-08-03343/C-08-05500 SI

1  NVIDIA Corporation ("NVIDIA") and Rambus Inc. ("Rambus"), by and through their
2  counsel of record, hereby stipulate, pursuant to Civil Local Rule 6-2, to reschedule the June 3,
3  2011, Case Management Conference.
4  NVIDIA has requested, and Rambus does not oppose, a rescheduling of the June 3, 2011,
5  Case Management Conference to June 10, 2011 or as the Court's schedule permits.  The parties
6  accordingly stipulate to such a scheduling change pursuant to Civil L.R. 6-2.  Rambus
7  understands that in conjunction with this stipulation, NVIDIA will provide a declaration from Mr.
8  Neel Chatterjee indicating that the currently scheduled Case Management Conference presents a
9  scheduling conflict for Mr. Chatterjee due to a personal matter.  Such a declaration would contain
10 purported facts to which Rambus is not privy, and Rambus makes no representation regarding the
11 purported facts recited in any such declaration or their accuracy.
12 IT IS HEREBY STIPULATED by and between NVIDIA and Rambus, through their
13 respective counsel, to entry of an Order of this Court changing the June 3, 2011, 3:00 P.M. Case
14 Management Conference to June 10, 2011, or as the Court's schedule permits.

15  Dated: May 20, 2011                    ORRICK, HERRINGTON & SUTCLIFFE LLP

16                                         _____
                                            /s/ I. Neel Chatterjee
17                                          I. Neel Chatterjee
                                            Attorneys for NVIDIA CORPORATION
18

19  Dated: May 20, 2011                    M<sup>C</sup>KOOL SMITH P.C.

20                                         _____
                                            /s/ Craig N. Tolliver
21                                          Craig N. Tolliver
                                            Attorneys for RAMBUS INC.
22

23  **Filer's Attestation:**  Pursuant to General Order No. 45, §X(B), I attest under penalty of
24 perjury that concurrence in the filing of the document has been obtained from its signatory.

25  Dated: May 20, 2011                    Respectfully submitted,

26                                         _____
                                            /s/ I. Neel Chatterjee /s/
27                                          I. Neel Chatterjee

28

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHS WEST:261152799.1        -1-        STIPULATION AND [PROPOSED] ORDER
                                       CONTINUING CASE MANAGEMENT CONFERENCE
                                       CASE NOS. C-08-03343/C-08-05500 SI

1

**ORDER** 24

2    The June 3, 2011 further Case Management Conference is hereby continued to June 1̶0̶, 17,

3   2011, at 3:00 P.M.

4   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

5   Dated: _____5/24_____, 2011

*/s/ Susan Illston*

6   _____
   The Honorable Susan Illston
7   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHS WEST:261152799.1

-2-

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CASE NOS. C-08-03343/C-08-05500 SI

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 20, 2011.

Dated:  May 20, 2011.              Respectfully submitted,

                                         */s/ I. Neel Chatterjee /s/*
                                          I. Neel Chatterjee

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHS WEST:261152799.1                    -3-         STIPULATION AND [PROPOSED] ORDER
                                                    CONTINUING CASE MANAGEMENT CONFERENCE
                                                    CASE NOS. C-08-03343/C-08-05500 SI

I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

DAVID M. GOLDSTEIN (STATE BAR NO. 142334)
dgoldstein@orrick.com
405 Howard Street
San Francisco, CA 94105
Telephone:     415-773-5700
Facsimile:      415-773-5759

Attorneys for Defendant and Cross-Complainant
NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVIDSION

| | |
|---|---|
| RAMBUS INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>NVIDIA CORPORATION,<br><br>   Defendant.<br><br>NVIDIA CORPORATION,<br><br>   Cross-Complainant,<br><br>   v.<br><br>RAMBUS INC.,<br><br>   Cross-Defendant. | Case No.  C-08-03343-SI<br>Consolidated with C-08-05500 SI<br><br>**DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF STIPULATION PURSUANT TO CIVIL L.R. 6-2(A) TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:     June 3, 2011<br>Time:    3:00 P.M.<br>Judge:   The Hon. Susan Illston |

1   I, I. Neel Chatterjee, declare as follows:

2   1.   I am a Partner with Orrick, Herrington & Sutcliffe LLP, counsel of record to
3   NVIDIA Corporation.  I make this declaration based on my personal knowledge.

4   2.   I am NVIDIA's lead counsel in this matter. This Court has scheduled a Case
5   Management Conference on June 3, 2011 at 3:00 P.M.  I am unavailable at 3:00 P.M., due to a
6   personal scheduling conflict at that time.  Specifically, I wish to attend my son's preschool
7   graduation, which also is scheduled at 3:00 P.M. on June 3, 2011.  I have missed every other event
8   at my son's school this year because of work demands and court commitments.  As lead counsel
9   in this case, I believe I also should be present at the Case Management Conference.

**Previous Time Modifications**

The case schedule has been modified seven times. On April 13, 2009, the Court initially ordered that Phase I discovery for all documents and other materials from the ITC proceeding be produced by May 1, 2009, and all discovery, trial testimony and exhibits from other relevant cases by June 15, 2009. Thereafter, the parties stipulated, and the Court ordered, to extend Phase I discovery four times, with the final stipulation extending Phase I discovery to August 27, 2010. This was done in anticipation of relevant determinations by the ITC, Federal Circuit, and USPTO. The Court subsequently rescheduled the August 27, 2010 Case Management Conference for September 2, 2010. Following the Case Management Conference, the parties submitted proposals at the Court's request regarding a scheduling and case management order. In consideration of these proposals, the Court ordered on October 13, 2010, that Phase I discovery close on December 17, 2010. Due to Special Master Infante's relative unavailability, however, on November 17, 2010, the Court extended the Phase I discovery deadline to February 25, 2011.  On January 10, 2011, the Court continued the January 28, 2011, Case Management Conference to February 4, 2011.  On January 20, 2011, the Court continued the February 4, 2011, Case Management Conference to February 11, 2011.  There has been no previous continuance of the June 3 Case Management Conference.

/ / /
/ / /

-1-    CHATTERJEE DECL ISO STIP AND [PROPOSED]
ORDER RE CMC
CASE NO. C-08-03343/C-08-05500SI

**Effect of Modifications on Schedule**

The requested change will not affect the case schedule.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 20th day of May, 2011 at Newark, New Jersey.

> /s/ I. Neel Chatterjee /s/
> I. Neel Chatterjee

-2-

CHATTERJEE DECL ISO STIP AND [PROPOSED] ORDER RE CMC
CASE NO. C-08-03343/C-08-05500SI

1 **ORDER**

The June 3, 2011 Further Case Management Conference is hereby continued to June 10, 2011, at 3:00 P.M.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  May ___, 2011

_____
The Honorable Susan Illston
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 20, 2011.

Dated: May 20, 2010                    Respectfully submitted,

                                                  /s/ I. Neel Chatterjee /s/
                                                  I. Neel Chatterjee

-4-

CHATTERJEE DECL ISO STIP AND [PROPOSED]
ORDER RE CMC
CASE NO. C-08-03343/C-08-05500SI