UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> NVIDIA CORPORATION, <br><br> Defendant. | Case No. C-08-03343 SI <br><br> ~~PROPOSED~~ ORDER REGARDING JOINT FILING REGARDING CASE MANAGEMENT CONFERENCE <br><br> Judge: The Hon. Susan Illston |

The Court having considered the parties' Joint Filing Regarding Case Management Conference,

HEREBY ORDERS:

☒ The case management conference currently scheduled for September 22, 2011 is rescheduled to a date in early November convenient to the Court's schedule, which date the Court determines to be November  18 , 2011.

☐ The case management conference shall remain scheduled for September 22, 2011.

IT IS SO ORDERED.

Dated: ____9/13_____, 2011

_____
The Honorable Susan Illston
United States District Judge

Proposed Order re Joint Filing Regarding Case Management Conference
Case No. C-08-03343 SI