UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>           Plaintiff,<br><br>      v.<br><br>NVIDIA CORPORATION,<br><br>           Defendant. | Case No. C-08-03343 SI<br><br>PROPOSED ORDER DENYING NVIDIA'S APPEAL OF THE DISCOVERY MASTER'S ORDER<br><br>Judge:  The Hon. Susan Illston |

The Court HEREBY ORDERS:

NVIDIA's appeal is denied and objection overruled.  The parties are ordered to meet-and-confer as to a representative part proposal and bring any disagreement as to a representative part proposal to Discovery Master Infante.

IT IS SO ORDERED.

Dated:  ___12/20_____, 2011              _____
                                               The Honorable Susan Illston
                                               United States District Judge