| | |
|---|---|
| Mike McKool, Jr. (*pro hac vice*) <br> Douglas Cawley (*pro hac vice*) <br> McKOOL SMITH HENNIGAN, <br> A Professional Corporation <br> 300 Crescent Court <br> Suite 1500 <br> Dallas, Texas 75201 <br> Telephone: (214) 978-4000 <br> Facsimile: (214) 978-4044 <br> Email: mmckool@mckoolsmith.com; <br> dcawley@mckoolsmith.com <br><br> Scott L. Cole (*pro hac vice*) <br> Pierre J. Hubert (*pro hac vice*) <br> Craig N. Tolliver (*pro hac vice*) <br> McKOOL SMITH HENNIGAN, <br> A Professional Corporation <br> 300 W. 6th Street <br> Suite 1700 <br> Austin, Texas 78701 <br> Telephone: (512) 692-8700 <br> Facsimile: (512) 692-8744 <br> Email: scole@mckoolsmith.com; <br> phubert@mckoolsmith.com; <br> ctolliver@mckoolsmith.com <br><br> J. Daniel Sharp (CSB No. 131042) <br> CROWELL & MORING LLP <br> 275 Battery Street, 23rd Floor <br> San Francisco, California 94111 <br> Telephone: (415) 986-2800 <br> Facsimile: (415) 986-2827 <br> Email: dsharp@crowell.com <br><br> Attorneys for Plaintiff <br> RAMBUS INC. | I. Neel Chatterjee (CSB No. 173985) <br> Vickie L. Feeman (CSB No. 117487) <br> Andrew S. Ong (CSB No. 267889) <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> 1000 Marsh Road <br> Menlo Park, California 94025 <br> Telephone: (650) 614-7400 <br> Facsimile: (650) 614-7401 <br> Email: nchatterjee@orrick.com; <br> vfeeman@orrick.com; aong@orrick.com <br><br> Jessica S. Pers (CBN 77740) <br> Catherine Krow (CBN 208412) <br> Justin M. Lichterman (CBN 225734) <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> The Orrick Building <br> 405 Howard Street <br> San Francisco, California 94105 <br> Telephone: (415) 773-5700 <br> Facsimile: (415) 773-5759 <br> Email: jpers@orrick.com; ckrow@orrick.com; <br> jlichterman@orrick.com <br><br> Attorneys for Defendant <br> NVIDIA CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> NVIDIA CORPORATION, <br><br> Defendant. | Case No. C-08-03343 SI <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL** |

1   WHEREAS, Plaintiff Rambus Inc. ("Rambus") and Defendant NVIDIA Corporation ("NVIDIA") have settled this matter on mutually-agreeable terms.

WHEREAS, this Action is defined to include the claims and counterclaims in the following past and present matters: *Rambus Inc. v. NVIDIA Corporation*, Case No. C 08-03343 SI, Northern District of California, San Francisco Division; *NVIDIA Corporation v. Rambus Inc.*, Case No. C 08-05500 SI, Northern District of California, San Francisco Division; and *NVIDIA Corporation v. Rambus Inc.*, Case No. C 08-473, Middle District of North Carolina, Durham Division.

NOW, THEREFORE, on the basis of the settlement reached, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record, that:

1. Rambus hereby dismisses all claims and counterclaims brought against NVIDIA in this Action with prejudice;

2. NVIDIA hereby dismisses all claims and counterclaims brought against Rambus in this Action with prejudice; and

3. Each party shall bear its own costs and attorneys' fees.

Dated: February 10, 2012          MCKOOL SMITH HENNIGAN
                                  A Professional Corporation


                                          */s/ Pierre J. Hubert*
                                          Pierre J. Hubert

                                  Attorneys for Plaintiff
                                  RAMBUS INC.

                                  ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: February 10, 2012
                                          */s/ I. Neel Chatterjee*
                                          I. Neel Chatterjee

                                  Attorneys for Defendant
                                  NVIDIA CORPORATION

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: February 10, 2012                    Respectfully submitted,

                                            */s/ Pierre J. Hubert*
                                            Pierre J. Hubert

1  IT IS SO ORDERED.

2

3  Dated:  February __13 2012

4

5  _____
   The Honorable Susan Illston
6  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28